**HEFNER STARK & MAROIS, LLP**
Thomas P. Griffin Jr., Esq. (CA SBN 155133)
    tgriffin@hsmlaw.com
2150 River Plaza Drive, Suite 450
Sacramento, CA  95833
Telephone: 916.925.6620
Facsimile:  916.925.1127

Attorneys for Defendant
Grant Mercantile Agency, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPARZA,<br><br>    Plaintiff,<br><br>v.<br><br>GRANT MERCANTILE AGENCY, INC.,<br><br>    Defendant. | **Case No. 1:22- cv-01252-ADA-SKO**<br><br>**ORDER GRANTING STIPULATION TO VACATE ENTRY OF DEFAULT AGAINST GRANT MERCANTILE AGENCY, INC.**<br><br>**(Doc. 9)**<br><br>Complaint Filed:   September 30, 2022 |

The Court, having reviewed the Stipulation to Vacate Entry of Default against Grant Mercantile Agency, Inc. (Doc. 9), orders as follows:

**IT IS HEREBY ORDERED** that the entry of default against Defendant Grant Mercantile Agency, Inc. is SET ASIDE.

**IT IS HEREBY FURTHER ORDERED** that Defendant Grant Mercantile Agency, Inc. SHALL file a pleading responsive to the Complaint by no later than five (5) court days following the entry of this Order.

IT IS SO ORDERED.

Dated:   **January 18, 2023**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE