UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ESPARZA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GRANT MERCANTILE AGENCY, INC.,<br><br>　　　　　　Defendant. | No. 1:22-cv-01252-SKO<br><br>ORDER DIRECTING CLERK TO CLOSE THE CASE<br><br>(Doc. 22 & 23) |

　　　　On November 1, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 22 & 23). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**November 14, 2023**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE